# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Property as particularly described in Attachment A to the affidavit of Special Agent Hansell dated November 25, 2024 | Case No. 2:24-cr-01011 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A; 18 U.S.C. 2422(b); 18 U.S.C. 1470; 18 U.S.C. 2251(a) | Possession of Child Pornography; Coercion and Enticement of a Minor; Transfer of Obscene Material to Minors; Sexual Exploitation of Children |

The application is based on these facts:
See attached affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*DEBORAH M HANSELL* Digitally signed by DEBORAH M HANSELL
Date: 2024.11.25 09:22:37 -05'00'

*Applicant's signature*

Deborah Hansell, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __cellular telephone__ *(specify reliable electronic means)*.

Date: November 25, 2024

City and state: Charleston, SC

*Judge's signature*

Molly Cherry, U.S. Magistrate Judge
*Printed name and title*